### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| TERRY S. PHILLIPS and<br>MELANIE MROZ,<br><br>      Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.<br><br>      Defendant. | Case No. 3:15-cv-00544 (JAG) |

## DEFENDANT UBER TECHNOLOGIES, INC.'S
## <u>MOTION TO DISMISS</u>

Defendant, UBER TECHNOLOGIES, INC. ("Uber"), by undersigned counsel, and

pursuant to Federal Rule of Civil Procedure 12(b)(6) and (7), and for the reasons set forth in its

accompanying memorandum in support, hereby moves this Court to dismiss Plaintiffs Terry S.

Phillips and Melanie Mroz's complaint filed herein.

Dated: September 16, 2015                   Respectfully submitted,

                                               **UBER TECHNOLOGIES, INC.**
                                               By Counsel,

**WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP**
   /s/_____
Cynthia L. Santoni (VSB No. 23172)
Eric P. Burns (VSB No. 76554)
8444Westpark Drive – Suite 510
McLean, VA 22102-5102
(703) 245-9300 (telephone)
(703) 245-9301 (facsimile)
Cynthia.Santoni@wilsonelser.com
Eric.Burns@wilsonelser.com
*Counsel for Uber Technologies, Inc.*

590281v.1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing filed electronically via CM/ECF, which will cause a copy to be served electronically upon all counsel of record, including: was served on all counsel of record via U.S. Mail this 16th day of September 2015 to:

Steven S. Biss (VSB No. 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
(804) 501-8272 (telephone)
(202) 318-4098 (facsimile)
stevenbiss@earthlink.net
*Counsel for Plaintiffs*

_____/s/_____
Cynthia L. Santoni (VSB No. 23172)
Eric P. Burns (VSB No. 76554)
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP
8444Westpark Drive – Suite 510
McLean, VA 22102-5102
(703) 245-9300 (telephone)
(703) 245-9301 (facsimile)
Cynthia.Santoni@wilsonelser.com
Eric.Burns@wilsonelser.com
*Counsel for Uber Technologies, Inc.*

590281v.1